CAROLINE E. MACKAY, APPELLANT, v. BENJAMIN B. LEWIS AND RICHARD C. DANIEL, RESPONDENTS.

*Order of arrest — privilege of party attending trial as witness — waiver of.*

A person attending as a witness, upon the trial of an action to which he is a party, is privileged from arrest upon civil process. (2 Phillips on Ev. [5th ed.], 821.)

A person arrested under such circumstances does not waive any rights by giving bail. (*U. S.* v. *Edwin*, 9 Serg. & Rawle, 147.)

APPEAL from an order made at the Special Term vacating an order of arrest.

*C. & N. D. Lawton*, for the appellant. *Wm. S. Flippin*, for the respondents.

Opinion by PRATT, J. TALCOTT, J., concurred. BARNARD, P. J., not sitting.

Order affirmed, with costs and disbursements.

---

MARY B. DISTIN, RESPONDENT, v. HILEND R. ROSE, APPELLANT.

*Slander — proof of — malice.*

In an action of slander, proof of a reiteration of the slander for which the action is brought, on an occasion other than that alleged in the complaint, is admissible as evidence of malice, and to enhance the damages. (*Howard* v. *Sexton*, 4 N. Y., 157; *Johnson* v. *Brown*, 57 Barb., 118.)

Such evidence is admissible, though the slanderous words be actionable *per se*, for the purpose of enhancing the damages. (*Fry* v. *Bennett*, 28 N. Y., 324.)

APPEAL from a judgment in favor of the plaintiff, entered upon the verdict of a jury.

*Edward Crummey*, for the appellant. *G. & G. H. Williams*, for the respondent.

Opinion by TALCOTT, J.

Present — BARNARD, P. J., TALCOTT and PRATT, JJ.

Judgment and order denying new trial affirmed, with costs